Certificate Number: 15317-PAE-DE-028027445

Bankruptcy Case Number: 16-13895



15317-PAE-DE-028027445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 7, 2016</u>, at <u>6:52</u> o'clock <u>PM PDT</u>, <u>Jerome T Upchurch</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 7, 2016</u>         By:    <u>/s/Eunice Francia</u>

Name:  <u>Eunice Francia</u>

Title:  <u>Counselor</u>